AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 8:47 am, Oct 08, 2020

ANTOINE FERNAND ST. SURIN,

    Petitioner,

                                JUDGMENT IN A CIVIL CASE

    v.

                                CASE NUMBER: CV520-089

TRACY JOHNS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated October 6, 2020, the Report and Recommendations of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, the Court dismisses without prejudice Petitioner's 28 U.S.C. § 2241 petition. This case stands closed.

Approved by: _____
               Honorable Lisa Godbey Wood

October 7, 2020           John E. Triplett, Acting Clerk of Court
Date                                     Clerk

                                                  (By) Deputy Clerk

GAS Rev 10/1/03